IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BETTY HEAD, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:20-CV-132-WKW |
| ) | [WO] |
| JEFFERSON DUNN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

On February 24, 2020, Betty Head, as administratrix of the estate of Billy Thornton, deceased; Jeffery Rust, as administrator of the estate of Ryan Rust, deceased; Theresa Holmes, as administratrix of the estate of Matthew Holmes, deceased; and Jeri Ford, as administratrix of the estate of Paul Ford, deceased, filed a twenty count complaint containing claims for violations under the Eighth Amendment to the United States Constitution and claims for wrongful death. (Doc. # 1.) Plaintiffs' claims center on the deaths of Billy Thornton, Ryan Rust, Matthew Holmes, and Paul Ford while they were incarcerated at various Alabama Department of Corrections facilities. Among others, Plaintiffs name MHM Correctional Services, Inc. ("MHM") and Wexford Health Sources, Inc. ("Wexford") as Defendants. Wexford filed an answer to Plaintiffs' complaint on March 23, 2020. (Doc. # 15.) MHM did the same on March 31, 2020. (Doc. # 19.) Before the court

are MHM's Motion to Sever (Doc. # 20) and Wexford's Motion to Sever (Doc. # 22) pursuant to Federal Rule of Civil Procedure 21. Plaintiffs oppose both motions. (Docs. # 23 and 24.)

Upon consideration of the motions, it is ORDERED that MHM's motion to sever (Doc. # 20) and Wexford's motion to sever (Doc. # 22) are DENIED without prejudice. Defendants may refile their motions after the close of discovery, if warranted.

DONE this 29th day of March, 2021.

                                           /s/ W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE