IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BETTY HEAD, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:20-CV-132-WKW-KFP |
| ) | |
| JEFFERSON DUNN, et al., ) | |
| ) | |
| Defendant. ) | |

## **RECOMMENDATION OF THE MAGISTRATE JUDGE**

The Court held a hearing on August 8, 2023, on Plaintiffs' Motion to Amend Scheduling Order (Doc. 124), Plaintiffs' Motion to Compel Compliance with Third-Party Subpoena to ADOC (Doc. 115), and Plaintiffs' Second Motion to Compel (Doc. 118). The parties are engaged in extensive discovery. Pursuant to the Court's August 8 Order, the parties and ADOC remain obligated to complete meet-and-confer efforts to address outstanding discovery matters in an effort to resolve the pending motions to compel.

Accordingly, and upon consideration of Plaintiffs' Motion to Amend Scheduling Order (Doc. 124), the undersigned RECOMMENDS that the motion be GRANTED and that the Court amend the Third Amended Scheduling Order (Doc. 97) to reset trial for a term no earlier than December 2024, with corresponding adjustment of all unexpired trial deadlines.

Further, it is ORDERED that by **September 8, 2023**, the parties may file written objections to this Recommendation. The parties must specifically identify the factual findings and legal conclusions in the Recommendation to which objection is made.

Frivolous, conclusive, or general objections will not be considered by the Court. The parties are advised that this Recommendation is not a final order and, therefore, is not appealable.

Failure to file written objections to the Magistrate Judge's findings and recommendations in accordance with 28 U.S.C. § 636(b)(1) will bar a party from a de novo determination by the District Court of legal and factual issues covered in the Recommendation and waive the right of the party to challenge on appeal the District Court's order based on unobjected-to factual and legal conclusions accepted or adopted by the District Court except on grounds of plain error or manifest injustice. 11TH CIR. R. 3-1.

DONE this 25th day of August, 2023.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE